

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

VAZ
F. #2019R00919

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 9, 2022

By ECF and E-mail

The Honorable Raymond J. Dearie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Jessie Smith, et al.
               Criminal Docket No. 19-284 (RJD)

Dear Judge Dearie:

      On June 26, 2019, an Indictment was unsealed charging the defendant Jessie Smith and others with multiple narcotics-distribution counts.  (ECF Nos. 1, 6.)  A grand jury returned a Superseding Indictment on December 19, 2019; a Second Superseding Indictment on June 11, 2020; and a Third Superseding Indictment on October 14, 2020.  (See ECF Nos. 65, 107, 124.)  On April 16, 2021, the defendant pleaded guilty to the two counts in the Third Superseding Indictment.  (See ECF No. 142.)  Now that the Court has sentenced the defendant to 15 years' imprisonment for those counts (see Sept. 19, 2022 Minute Entry), the government respectfully submits this letter to seek dismissal of the underlying Indictment, Superseding Indictment and Second Superseding Indictment solely as to the defendant.

                                                   Respectfully submitted,

                                                   BREON PEACE
                                                 United States Attorney

                                  By:    /s/ Victor Zapana
                                                 Victor Zapana
                                                 Assistant U.S. Attorney
                                                 (718) 254-7180

cc:    Clerk of the Court (RJD) (by ECF)
        Defense counsel (by ECF)